IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. CR419-069 |
| | ) |
| CRAIG GERMAN, | ) |
| | ) |
| Defendant. | ) |

O R D E R

Before the Court is Defendant Craig German's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. 377.) The Government has opposed Defendant's motion. (Doc. 383.) After careful consideration, Defendant's Motion for Compassionate Release is **DENIED** based on 18 U.S.C. § 3553(a) considerations and his danger to the community.

SO ORDERED this 3RD day of October 2023.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA